

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| SAMIR EL-ABBADI, | ) |
| Plaintiff, | ) Case No: |
| v. | ) 07CV6190 |
| RUTH A. DOROCHOFF, in her official capacity as District Director of United States Citizenship and Immigration Services, | ) JUDGE HIBBLER |
| | ) MAG. JUDGE KEYS |
| Defendant. | ) |

## COMPLAINT FOR WRIT OF MANDAMUS

Plaintiff Samir El-Abbadi ("Plaintiff"), by and through his attorneys, the Law Offices of Kameli & Associates, P.C., respectfully requests an order directing Defendant, Ruth A. Dorochoff ("Defendant"), to adjudicate Plaintiff's Form I-485 Application to Register Permanent Residence or to Adjust Status, and in support of thereof, states as follows:

### JURISDICTION AND VENUE

1. This is a civil action brought pursuant to 28 U.S.C. § 1361 to redress the deprivation of rights, privileges, and immunities secured to Plaintiff, and to compel Defendant, an officer of the United States, to perform her duty owed to Plaintiff.

2. Jurisdiction is proper pursuant to 28 U.S.C. § 1331, which provides "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." As this Court is a district court of the United States and this action arises under 28 U.S.C. § 1361, a law of the United States, this Court is conferred jurisdiction over this matter. This Court is additionally conferred jurisdiction over this matter pursuant the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 702, 704, and 706.

3. Venue is proper under 28 U.S.C. § 1391(b), since Defendant is the District Director of United States Citizenship and Immigration Services ("USCIS"), an agency of the United States Department of Homeland Security, an agency of the United States Government, located at 101 West Congress Parkway, Chicago, Illinois. Venue in the Northern District of Illinois is also proper under 28 U.S.C. § 1391(e), because a substantial part of the events or omissions giving rise to the claim occurred in this district, Plaintiff resides in this district, and no real property is involved in the action.

## PARTIES

4. Plaintiff is a native and citizen of Morocco currently residing at 8629 W. Foster, Chicago, Illinois 60656. Plaintiff's alien number is A 95-859-741.

5. Defendant is the Chicago District Director of USCIS, an agency of the United States Department of Homeland Security. As such, she is charged with the duty of administration and enforcement of all the functions, powers, and duties of USCIS.

## FACTS

6. Plaintiff was admitted to the United States on May 22, 1999 pursuant to a B-2 visa.

7. On March 27, 2006, Plaintiff filed his Form I-485 Application to Register Permanent Residence or Adjust Status ("Application") with USCIS seeking to adjust his status from non-resident alien to that of a lawful permanent resident. See Exhibit A.

8. Also on March 27, 2006, Plaintiff's wife, Ouafaa Dabi, filed a Form I-130 Immigrant Visa on Plaintiff's behalf based upon his status as the husband of a United States citizen. USCIS approved this Form I-130 on August 15, 2007. See Exhibit B.

2

9. Plaintiff and Oufaa Dabi attended an interview in furtherance of Plaintiff's Application on July 19, 2006. Exhibit A. USCIS rendered no decision on the Application upon the completion of this interview.

10. Plaintiff scheduled and attended three separate Infopass appointments with USCIS to ascertain the status of his Application; January, 2007, March, 2007, and July 2007. At each Infopass appointment Plaintiff was simply told that his background check was still pending.

11. On May 10, 2007, Plaintiff attended a Biometrics appointment in furtherance of his Application. See See Exhibit C.

12. More than one year and seven months have passed since Plaintiff filed his Application with USCIS. In addition, Plaintiff's Application has been pending for over one year and three months since the date of Plaintiff's interview with USCIS.

**CLAIMS FOR RELIEF**

13. 28 U.S.C. § 1361 grants district courts jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff. Mandamus jurisdiction can be invoked when: (1) the plaintiff has a clear right to the relief sought; (2) the defendant has a clear duty to perform; and (3) no other adequate remedy is available. Blaney v. U.S., 34 F.3d 509, 513 (7th Cir. 1994); Razik v. Perryman, 2003 U.S. Dist. LEXIS 13818, 9-10 (N.D. Ill. 2003); Krishnamoorthy v. Ridge, 2003 U.S. Dist. LEXIS 8381 (N.D. Ill. 2003)

14. 8 U.S.C. § 1255 grants Plaintiff the right to have his Application adjudicated within a reasonable amount of time. Razik, 2003 U.S. Dist. LEXIS 13818 at 8; Krishnamoorthy, 2003 U.S. Dist. LEXIS 8906 at 9; Setharatsomphou v. Reno, 1999 U.S. Dist. LEXIS 14839 (N.D. Ill. 1999).

15.     8 U.S.C. § 1255 imposes a duty upon the Attorney General to adjudicate applications within a reasonable time. Razik, 2003 U.S. Dist. LEXIS 13818 at 6 (two-year delay in processing immigration application unreasonable); Krishnamoorthy, 2003 U.S. Dist. LEXIS 8906 at 8-9; Iddir v. INS, 301 F.3d 492, 500 (7th Cir. 2002); Paunescu v. INS, 76 F. Supp. 2d 896, 901 (N.D. Ill. 1999) (two-year delay in processing immigrant visa is "a gross inaction"); Setharatsomphou, 1999 U.S. Dist. LEXIS 14839; Agbemaple v. INS, 1998 U.S. Dist. LEXIS 7953, 6 (N.D. Ill. 1998) (holding "as a matter of law [plaintiff] is entitled to a decision [on his 20-month old immigrant visa application] within a reasonable time, and that it is within the power of the court to order such an adjudication").

16.     Defendant's duty to adjudicate adjustment of status applications in a reasonable amount of time is mandatory rather than discretionary. Krishnamoorthy, 2003 U.S. Dist. LEXIS 8906 at 9; Paunescu, 76 F. Supp.2d at 901. Defendant has violated its mandatory duty to process Plaintiff's Application within a reasonable amount of time because USCIS has made no progress in completing Plaintiff's Application for over one year and seven months.

17.     Plaintiff has no other adequate remedy for relief other than to compel Defendant through this mandamus action to process his Application. Administrative action is not available to Plaintiff until USCIS adjudicates his Application one way or the other. Plaintiff has exhausted every administrative or other remedy that may exist, including complying with USCIS' request for biometrics testing and personally appearing at numerous Infopass consultations.

18.     Defendant, in violation of the Administrative Procedure Act, 5 U.S.C. § 706, is unlawfully withholding or unreasonably delaying a decision on Plaintiff's Application, and thus has not completed the adjudicative functions delegated to her by the laws of the United States with regard to said Application.

WHEREFORE, Plaintiff, Samir El-Abbadi, respectfully requests this Honorable Court grant the following relief:

    (a)    Compel Defendant and those acting under her to perform their duty to rule upon Plaintiff's pending Form I-485 Application;

    (b)    Grant attorney's fees and costs of court; and,

    (c)    Grant any and all other relief this Court deems fair and just.

Respectfully submitted,

KAMELI & ASSOCIATES, P.C.

John R. Floss

Law Offices of Kameli & Associates, P.C.
111 East Wacker Drive, Suite 555
Chicago, Illinois 60601
(312) 233-1000 – phone
(312) 233-1007 – fax
kameli@aol.com

**Dated: November 1, 2007**

U.S. Citizenship and Immigration Services — I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | NOTICE DATE |
|---|---|---|
| CASE TYPE | | June 06, 2006 |
| FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | A# A 095 859 741 |
| APPLICATION NUMBER MSC0618011689 | RECEIVED DATE March 27, 2006 | PRIORITY DATE March 27, 2006 |
| | | PAGE 1 of 1 |

SAMIR ELABBADI
8629 W FOSTER APT 1B
CHICAGO IL 60656

You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application. (8 CFR 103.2(b)(13)).

**Who should come with you?**

- ☐ If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- ☐ If you do not speak English fluently, you should bring an interpreter.
- ☐ Your attorney or authorized representative may come with you to the interview.
- ☐ If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

*NOTE: Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)

- ☐ This Interview Notice and your Government-issued photo identification.
- ☐ A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
- ☐ A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for each of your sponsors (unless already submitted):
  - ☐ Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - ☐ Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - ☐ Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- ☐ All documentation establishing your eligibility for Lawful Permanent Resident status.
- ☐ Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- ☐ All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document);
- ☐ Your Birth Certificate.
- ☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- ☐ If you have children, bring a Birth Certificate for each of your children;
- ☐ If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - ☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
  - ☐ Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - ☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - ☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
- ☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- ☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- ☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- ☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW.** If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| PLEASE COME TO: U.S. Citizenship and Immigration Services | ON: Wednesday, July 19, 2006 |
|---|---|
| 230 S. DEARBORN STREET | AT: 09:25 AM |
| KLUCZYNSKI FEDERAL BLDG | |
| 2ND FLOOR | |
| CHICAGO IL 60604 | |
| 23 | |

3 months

Exhibit "A"

**EXHIBIT A**

| RECEIPT NUMBER<br>MSC-06-180-11691 | | CASE TYPE  I130    IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIPT DATE<br>March 31, 2006 | PRIORITY DATE | PETITIONER<br>DABI, OUAFAA |
| NOTICE DATE<br>August 15, 2007 | PAGE<br>1 of 1 | BENEFICIARY  A095 859 741<br>ELABBADI, SAMIR |
| OUAFAA DABI<br>8629 W FOSTER APT 1B<br>CHICAGO IL 60656 | | Notice Type:  Approval Notice<br>Section: Husband or wife of U.S.<br>        Citizen, 201(b) INA |

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
USCIS, DHS
P.O. BOX #648004
LEE'S SUMMIT MO 64064
Customer Service Telephone: (800) 375-5283




Exhibit "B"

U.S. Citizenship and Immigration Services — I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

**ASC Appointment Notice**

| APPLICATION NUMBER | NOTICE DATE |
|---|---|
| MSC0719915256 | 4/26/2007 |

| CASE TYPE | SOCIAL SECURITY NUMBER | CODE |
|---|---|---|
| I765 | | 2 |

| TCR | SERVICE CENTER | PAGE |
|---|---|---|
| | MSC | 1 of 1 |

SAMIR ELABBADI
8629 W FOSTER AVE APT 1B
CHICAGO, IL 60656



BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
TENPRINTS QA REVIEW BY:
ON

To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
USCIS NORRIDGE
4701 N. Cumberland Ave.
Suite B-D
NORRIDGE, IL 60706

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
05/10/2007
10:00 AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS NORRIDGE, 4701 N. Cumberland Ave., Suite B-D, NORRIDGE, IL 60706.

**APPLICATION NUMBER 1**

I765 - MSC0719915256



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.

If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

Exhibit "C"

EXHIBIT C

Form I-797C (Rev. 01/31/05) N